PAUL EVANS, Appellant, v KENNETH MURPHY, M.D., Respondent. [812 NYS2d 916]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered August 31, 2005 in a medical malpractice action. The order denied plaintiff's motion to set aside the verdict pursuant to CPLR 4404.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Kehoe, J.P., Gorski, Martoche, Green and Hayes, JJ.